# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN L. SEALEY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv1036-MHT |
| | ) | (WO) |
| TAMARA A. STIDHAM (Senior | ) | |
| Vice Pres. of Branch | ) | |
| Banking and Trust | ) | |
| Company), et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

Pursuant to plaintiff Melvin L. Sealey's notice of voluntary dismissal (doc. no. 34), and in accordance with the memorandum opinion entered today, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) All claims against defendants Tamara A. Stidham, Edward A. R. Miller, Richard A. Wright, and Kelly S. King are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and these defendants are terminated as parties, with costs taxed as paid.

(2) The recommendation of the United States

Magistrate Judge (doc. no. 30) is withdrawn only as to defendants Stidham, Miller, Wright, and King.

(3) The recommendation of the United States Magistrate Judge (doc. no. 30), to which there has been no objection, is adopted as to defendant Branch Banking and Trust, with only the minor exception as to the reasoning discussed in the companion opinion entered today.

(4) Defendant Branch Banking and Trust's motion to dismiss (doc. no. 2) is granted.

(5) Plaintiff Sealey's motion for leave to amend complaint (doc. no. 21) is denied.

(6) Plaintiff Sealey's petition to continue proceedings and compel disclosure (doc. no. 22) is denied.

(7) Plaintiff Sealey's motion for miscellaneous relief (doc. no. 26) is denied.

(8) All claims against defendant Branch Banking and Trust are dismissed without prejudice and said defendant is terminated as a party, with costs taxed

against plaintiff Sealey, for which execution may issue.

It is further ORDERED that all other outstanding motions are denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of August, 2015.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE